IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) CHAD FRENCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-394-JHP |
| | ) | |
| (1) ZURICH AMERICAN INSURANCE CO., a foreign for-profit corporation, a.k.a. ZURICH, | ) ) ) | Removed from District Court of McIntosh County, Case No. CJ-15-103 |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Chad French, and the Defendant, Zurich American Insurance Company, hereby stipulate through their respective counsel that this case is dismissed with prejudice to the re-filing thereof, with each party to bear its own costs and attorney fees.

DATED this 23rd day of March, 2016.

| | |
|---|---|
| *s/ Richard O. Moore* | *s/ William D. Perrine* |
| Richard O. Moore, OBA No. 20141 | William D. Perrine, OBA No. 11955 |
| **(Signed by Filing Attorney with permission of Attorney)** | Reagan Madison Fort, OBA No. 20761 |
| | PERRINE, REDEMANN, BERRY, |
| Moore Law Firm, PLLC | TAYLOR & SLOAN, P.L.L.C. |
| 8508 E. 24th Pl. | P.O. Box 1710 |
| Tulsa, OK 74129 | Tulsa, Oklahoma 74101 |
| 918-699-0024 (PH) | Telephone:   918-382-1400 |
| 918-699-0026 (FX) | Facsimile:   918-382-1499 |
| *Attorney for Plaintiff* | wperrine@pmrlaw.net |
| | rmadison@pmrlaw.net |
| | *Counsel for Defendant* |